DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MOZAN RECOVERY SERVICES, INC.,**
Appellant,

v.

**STOREY LAW GROUP, P.A., TAMARA WASSERMAN, SUZANNE DELANEY, CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE FOR NORMANDY MORTGAGE LOAN TRUST, SERIES 2013-15, COUNTRY WIDE HOME LOANS, INC., LAW OFFICES OF DAVID STERN, P.A., ALBERTELLI LAW PARTNERS ARIZONA, P.A., LEX SPECIAL ASSETS, LLC,** and **PAMI, LLC,**
Appellees.

No. 4D17-1219

[August 2, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 14-001708.

Alan M. Medof of Alan Medof & Associates, P.A., Boca Raton, for appellant.

Elizabeth A. Henriques and Alan M. Pierce of Liebler Gonzalez & Portuondo, Miami, for appellee Countrywide Home Loans, Inc.

Richard S. McIver and Melissa Giasi of Kass Shuler, P.A., Tampa, for appellee Christiana Trust, etc.

PER CURIAM.

*Affirmed.*

LEVINE, FORST, JJ., and ARTAU, EDWARD L., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***